# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### Roanoke Division

JONES/SARGENT

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
OCT 07 2025
LAURA A. AUSTIN, CLERK
BY: m. poff
DEPUTY CLERK

JEREMY DEFOUR,
Plaintiff,

v.

Civil Action No. 7:25cv728

THOMAS MEYER, Virginia Department of Corrections (VADOC) Western Regional Administrator; BARBARA BUENAGA, VADOC Central Classification Manager; TROY FORD, Central Classification Manager; JAMES PARKS, Director of Offender Management; CHADWICK DOTSON, Director of VADOC; AMIE DUNCAN, Red Onion Chief of Housing; QUINN REYNOLDS, Red Onion Unit Manager; DAVID ANDERSON, Red Onion Warden; BRANDON K. SMITH, Pocahontas Unit Manager; VICKIE WILLIAMS, Pocahontas Warden; SEARGENT CARROL, Pocahontas Seargent; C/O VEST, Pocahontas C/O; C/O REMINES, Pocahontas C/O; C/O JOHN DOE #1, Pocahontas C/O; C/O JOHN DOE #2, Pocahontas C/O; LIEUTENANT MEADE, Red Onion Lieutenant;

Defendants.

# VERIFIED COMPLAINT JURY DEMAND

## Introduction

This is a 1983 civil rights action brought by a Virginia Department of Corrections inmate against State employees acting in their official capacities for violation of Eighth, Fifth, and Fourteenth Amendment Rights as well as violation of First Amendment Rights against Retaliation and State Tort.

## Jurisdiction

1. This Court has Jurisdiction under Federal Law, to hear the Federal Violations, and Supplemental Jurisdiction to hear the State Tort.

## Parties

2. The Plaintiff Jeremy DeFour, pro se, is a Virginia Department of Corrections (VADOC) inmate and was incarcerated at Red Onion State Prison, P.O. Box 1900, Pound, VA 24279; Pocahontas Correctional Center, P.O. Box 518, Pocahontas, VA 24635, and Wallens Ridge State Prison, P.O. Box 759, Big Stone Gap, VA 24219 (Currently Housed) at time of incidents in this Complaint.

3. Defendant Meyer and Buenega are addressed at 3313 Plantation Rd NE, Roanoke VA 24012. See above for others.

4. Defendants are all Virginia Department of Corrections Employees sued in their official and individual capacity.

## FACTS

5. I filed complaints with the Office of Inspector General against Red Onion Staff, ie Administrative Staff, and VADOC Western Regional Administrative Staff, of claims of Sexual Assault, and Cover Up of Sexual Assault, in a Conspiracy between Red Onion, and Western Region Administrative Staff.

6. I then filed law suit against all of these Staff for the above named reasons, along with other claims. See DeFour v. Hall, et al 7:24 cv 594 amongst other lawsuits involving these same Staff see Record for DeFour v. White, et al 7:24 cv 703, DeFour v. Bentley, et al 7:24 cv 284

7. On February 6, 2025 I entered in to Settlement Agreement with these Staff. See Agreement made part of Record in Motion to Enforce in this Court. DeFour v. Bentley, DeFour v. Hall, DeFour v. Mailroom Supervisor, taken Under advisement by Honorable Judge Pamela Meade Sargent, on June 2, 2025.

8. In Settlement Terms the Defendants agreed to Dismiss Several Disciplinary Convictions.

9. However, after agreement was finalized and agreed upon, Disciplinary Convictions were dismissed, the Defendants then penalized me for the dismissed Convictions, and raised my Security Housing Score from a Minimum Security Level (SL) 1 to a Maximum SL 5 based on that penalty.

10. I'll Then filed a Motion to Enforce, presenting Evidence that this penalty was done nefariously, and intentionally, and that the Defendants had lied under oath to make the penalty appear as a Mistake; presented during Evidentiary Hearing on June 2, 2025, before Honorable Judge, Pamela Sargent.

11. The Defendants, Western Region Administrators, and Red Onion Administrators, then changed their action calling it a "correction," by overriding their scoring system, and essentially doing the same thing, but in a less conspicuous manner, and instead of housing me in my scored housing, manually raised my score to house me in the Western Region at a Specific prison.

12. The Western Region Administrators are the Defendants, and subjects of my complaints to the Office of the

Inspector General, and Lawsuits that were settled, and that I claimed they had repudiated (said settlement), on March 18, 2025 and April 2, 2025.

13. On June 20, 2025 these same Western Regional Administrators, and Red Onion communicated, and arranged for a prisoner swap between Red Onion, and a prison they had overrode my Security Housing Score, and Manually Raised it from Minimum to Close Security to specifically house me at, ie Pocahontas Correctional Center.

14. Pocahontas is Notorious amongst prisoners, and Western Staff for writing prisoners trumped up 103, and or 103b Disciplinary Infractions, and swapping prisoners out with Red Onion, and Wallens Ridge Maximum Security Prisons.

15. A 103 and/or 103b is a "Rioting/Inciting a Riot" or "Causing a Significant Disturbance that Seriously Impacts Facility Operations."

16. Not so Coincidently, 2 of the inmates I used as an example of Red Onion housing inmates at their scored level when Disciplinary Infractions are dismissed, to show Red Onion's, and the Western Region's

nefarious motives, during the June 2, 2025 Evidentiary Hearing, are prisoners sent from ~~Red~~ Pocahontas to Red Onion for 103 Charges, later dismissed, along with Brandon Cooper, Carson Candler, then later Keyon Aerling, Lawrence Scott, etc.

17. The list goes on, and on of inmates that are funneled from Pocahontas to Red Onion or Wallens Ridge for this very serious offense for any minor disruption, or disagreement with Pocahontas Staff, or when they don't like you, or are out to Retaliate.

18. It is a Civil Conspiracy taking place, and a tool used to keep Red Onion, and Wallen's Ridge filled with Level 5 prisoners whose levels are Trumped up, and increased by Trumped up Charges.

19. It is a well known fact that the entire VADOC, even though it is a multi-regional agency, is in very close communication, especially within regions, and the Western Region where Wallen's Ridge, Red Onion, River North, Pocahontas, and Keen Mountain are located have an especially close communication, and unique culture, and subculture.

20. As Stated above, after settlement and nefarious actions by Staff, I was swapped specifically

with Pocahontas Correctional Center (PSCC) at the request, and agreement with Western region defendants, and Red Onion defendants, who overrode my score, and manually increased it only making me eligible for housing in the Western Region.

21. Upon arrival at PSCC I was immediately housed in restrictive housing RHU receiving only 3 hours of in pod recreation a day, while other prisoners with my level received approximately 14 hours a day.

22. I received no outside rec while all others received 4-7 hours each day outside.

23. When I asked why, I was told by Unit Manager Smith that I will not receive what other PSCC prisoners receive, ~~[redacted]~~.

24. I then complained to the American Correctional Association, and filed Grievance, and verbally to the Warden who then directed Smith to give me the same privileges as other PSCC inmates.

25. Smith then told me, he knows all about me from Red Onion, and Western staff, and I will have it very hard on PSCC, and he will have my ass beat, and send me packing back to Maximum Security ASAP.

26. He then went and talked with several C/Os including Defendants Carroll, Vest, and Remines, and

burning spray out of my mouth, nose, and eyes.

34. At that point C/O Vest snatched the shower curtain back, and sprayed me again for at least 5 seconds, before Defendant Caroll threw me to the ground slammed my head on the concrete twice while I was being punched, and kicked. July 4, 2025

35. I was then put in Restrictive Housing, and denied medical treatment even though I requested treatment for head, and neck swelling and pain, blurry vision, and muffled hearing from OC spray.

36. I verbally informed the nurse of burning eyes, severe pain, and trouble hearing as well as throwing up, and also stated this in multiple requests.

37. I was never allowed to see a provider.

38. While still suffering from OC spray, and pain, an officer told me I had Disciplinary Infractions, but did not tell me how many, and what for.

39. I immediately wrote to the Inmate Disciplinary Hearings officer, informing him I was told I have been written reports, but not given Notice of the charges against me, and needed Notice and material to present a defense.

40. He said he would look in to it, but never provided Notice or forms to request evidence, and present a defense.

pointed at me, and they all looked, and shook their heads in agreement. Approximately June 23-24, 2025

27. He then did the same on the next shift with another group of officers. Approximately June 25-26, 2025

28. A few days later, while I was sitting at the table in my pod calmly, and quietly eating my breakfast tray, after receiving permission from an officer, C/O Romines came over to me, and started to taunt me calling me a "Retard." ie on July 4, 2025

29. Defendant Romines then got on his walkie talkie, and said something.

30. Shortly after, in a matter of seconds, Defendant Vest walked up to my other side, and slapped the food out of my hand, and slammed my face down on the table, and Romines punched me.

31. C/O Moore, who was present, grabbed Defendant Romines, and tried to pull him off of me.

32. I got up, and backed away to escape the attack, and that is when Defendant Vest sprayed me for several seconds with a large can of OC spray.

33. I ran away to escape the spray, and then entered the shower, and attempted to wash the

41.  Three days later I was shipped to Wallens Ridge State Prison a Maximum Security Prison.

42.  This transfer was done without any Notice, and without any opportunity for a Hearing, to present evidence, or any process at all.

43.  Defendants Smith, Thomas Meyer (also previous defendant in Hall), Williams, and Ford conducted a secret meeting determining to transfer me to a Maximum Security in a matter of minutes on July 10, 2025, and Transfered me on July 11, 2025

44.  After arriving on Wallens Ridge I learned that I had been Charged with "Disobeying an Order," "Attempted Assault," and "Attempt to Cause a Significant Disturbance, that Seriously Impede Facility Operations", which is the Pocahontas classic railroad "103" Infraction mentioned above. (Received a Notice of Postponement or Rescheduled Hearing with this info on July 15, 2025 before going to a Hearing which I did receive notice for, for Disobeying an Order written by Defendant Reminer (a Minor Infraction, nevertheless false)).

45.  At this point I again informed Defendant Johnson that I had not received Notice of the desmption of the Charges against me, but only that I had a hearing for them, and knew only of the category of offenses no details, and therefore could not prepare a defense.

46. However, I did inform him that Camera Footage will show I was assaulted, and will show that the Officers acted maliciously, and against policy, and therefore can not be taken as credible, whatever their charges may say.

47. Furthermore, I informed him that Camera Footage would show there was no Major Disturbance as the Charged Offense was entitled, and only a Seargent, not a Lieutenant, or even the Watch Commander responded, as would respond to a minor fight, and footage would show there was no serious impact to facility operations.

48. The Hearings Officer Stated I have full faith in "my" officers, and don't need any Camera to know what happened. On September 18, 2025 I informed Thomas Mayer in person of all pertinent facts about Disciplinary Transfer, Retaliation, Assault, and his signing off on all of these actions, and he Stated he will take another look at all the facts and Stated "maybe I should Stop filing lawsuits, and complaints to the Inspector General. During housing on Wallens Ridge (Currently) I am subjected to Restricted Housing Maximum Security and Lock Down more restricted than SuperMax, receiving 30 minutes out of cell after each 48 hours for months No Personal property. No Legal Materials. No Law Library. No visitation. No TV. No Media Device. No Socks, T-Shirts or boxers.

49. Upon arrival to Wallen's Ridge I was greeted in classic Wallen's Ridge fashion by Administrators I sued in the past now promoted to higher Positions like Assistant Warden Whitt who was the Chief of Housing, and Defendant in Law Suit against Western Region Staff in DeFour v. Unit Manager Shelton (Settled).

50. He came to my door with Unit Manager Caughron, another past Defendant, and said "welcome back we are running a special for inmates like you."

51. I asked what does that mean and he walked off with a sinister smirk.

52. I clearly interpret this to mean I will be abused, and assaulted by the Special Response Team that has been using extreme force since the May 2, 2025 attack by MS 13 Gang Members on C/Os.

53. I have received information from several inmates that Staff are picking inmates they don't like putting them in restraints, trashing their property, and assaulting them on a daily basis or shooting them with less than lethal rounds.

54. Since arriving several C/Os have tried to

prevent me from receiving daily essentials by not feeding me, denying shower, denying outside, denying phone calls. I am denied essentials like underwear socks, t-shirts, and boxers. I have NO socks, NO T-Shirts, and Wallen's Ridge is an Air Conditioned Prison.

55. These actions, or denials may seem small but add up, and are compounded with the looming threat of assault, and possible loss of life as 2 inmates have died after being beaten by staff, due to Western Region Prison staff's retaliatory rampage against all prisoners they dislike, after the May 2, 2025 incident by a few inmates.

56. These actions have caused me extreme pain, and injury to my head, eyes, ears, leg, and side that have not been treated, and still burden me daily.

57. I have suffered daily dread, panic, and distress as I relive the attack and prior attacks, and feel fearful, and extremely hopeless and anxious at the thought of attack by Wallen's Ridge, or staff in this region who operate in the same subcultural manner. My mental state is best described as extremely distressed, burdened, and in disarray.

This has been an ongoing campaign of harassment that has caused me great physical and mental pain and suffering for several years on in that continues to this day with mental torment inflicted by defendants at every turn. On October 9, 2024 before Lawsuit Settlement while still housed on Red Onion several officers trashed my cell throwing away personal property, and destroying other property. After the cell trashing one officer stated stop your law suits and it will stop happening. I immediately reported it to Defendant Lieutenant Meade (upon information and belief husband of C. Meade Defendant in Hall). LT Meade repeated the officer's sentiments about my lawsuits. I asked him to activate his Body Worn Camera, and he refused several times and threatened to assault me until another officer approached with his BWC activated. Meade then obstructed his camera and told me to turn around to cuff up. I complied and he told me to kneel down I also complied. He then told me to crawl backwards with my hands cuffed behind my back balancing on my knees. I informed him I could not due to knee pain and injury and he then proceeded to choke me applying so much pressure I blacked out. I was dragged out of my cell cuffs and shackles tightened until my skin bled taken to RHU where I was held for approximately 10 days. In great pain with no medical care.

## Claims for Relief

58. Being struck in the face by Romines, after my head was slammed into the metal table by Vest, then being sprayed for more than 5 seconds twice, with OC spray by them, my head slammed into the concrete floor by Carroll, and then kicked and punched by Vest, Romines, and John Doe C/O #1, and #2 constituted excessive use of force in violation of the Eighth Amendment, and also constitutes the Tort of Assault and Battery in violation of Virginia Law, as well as Retaliation.

59. Barbara Buenaga, Quinn Reynolds, Aimee Duncan, Thomas Meyer, conspired to manipulate my housing level, and transfer me specifically to PSCC to retaliate, and carry out further retaliation in conspiracy with Unit Manager Smith, who had communicated with Red Onion, and Western Administrator to make the direct swap with Red Onion, sending one prisoner to Red Onion, to receive me, in violation of the First Amendment also constituting a Civil Conspiracy to Retaliate and violate rights.

60. Unit Manager Smith telling me he will have my ass beat, and sent back to Maximum Security then consulting with officers who actually carried out an assault on me, and then conspiring with Thomas Meyer, Vickie Williams, and Troy Ford to swap me out to Wallen's Ridge Constitutes an Eighth Amendment Violation for Excessive force, Assault and Battery, and Retaliation in Violation of the First Amendment as well as a

Civil Conspiracy and Violated Due Process Rights by sending me to a Maximum Security with out any Notice, Hearing, opportunity to request evidence, or present evidence.

61. ~~Hearings Officer C. Johnson refusing to ensure I received Notice, was allowed to call witness, and request other evidence such as camera footage, and his failure to remain objective during the hearing for Disciplinary Offenses which penalty would result in Maximum Security Housing, and an extension of my sentence, violated my right to Due Process, and was also done in Conspiracy with other defendants, and for retaliation.~~

62. The Disciplinary Infractions written by Defendants were done to retaliate in violation of the First Amendment, and finding of guilt, and punishment was also done to Retaliate and without Due Process

63. The Defendants Duncan, Reynolds, Ford, and Buenaga Penalizing me for Disciplinary Convictions VADOC agreed to dismiss was a breach of Contract and a Seperate Federal violation of Retaliation, and State tort, Along with their failure to reverse penalty of Convictions they agreed to dismiss as part of settlement agreement to include reversion back to previous housing level before conviction, return/ reimbursement of fines, and pay for unworked hours as State created property interest created in 861.1, and was part of Campaign of harrassment Authorized by James Parks and Chadwick Dotson and David Anderson and Part of a Widespread Problem of Falsifying Documents to Violate Rights.

64. Lieutenant Meade cuffed me, injuring my wrist and ankles with excessively tight restraints, and placing me in RHU was retaliation and excessive force, and part of a campaign of harrassment.

## Relief Sought

A. Declaratory Relief

1. Declare the Defendants violated my rights

B. Injunction

1. Order Defendants to house me in a manner, and at an institution that is not reflective of retaliation and that I am able to be managed at, and that is not in the Western Region.

2. Order Defendants to remove retaliatory Disciplinary Infractions and guilt without due process

3. Order Defendants to restore prior security Level and GCA Level prior to transfer to Pocahontas

C. Compensatory Relief

1. Order Defendants to pay the Amount of $50,000 (Fifty Thousand Dollars) for physical injury from assault.

2. Order Defendants to pay the Amount of $20,000 (Twenty Thousand Dollars) for emotional mental injury from assault, housing, transfer, retaliation.

D. Punitive Damages

1. Order each defendant pay jointly and severally the amount of

$50,000 Punitive Damages

E. Further Relief

1. Order any other relief as the Court sees fit, including Trial by Jury.

2. Order preliminary relief to house me at prison away from Western Region Defendants.

Respectfully Submitted,

_____
Jeremy DeForr

VERIFICATION

I swear under penalty of perjury all statements are true and correct.

_____
Jeremy DeFour

October 1, 2025

Jeremy DeFour # 1127163
Wallens Ridge State Prison
P.O. Box 759
Big Stone Gap, VA 24219

RECEIVED
OCT 07 2025
USDC Clerk's Office
Mail Room

U.S District Court
210 Franklin Road, RM 540
Roanoke, VA 24011

VIRGINIA DEPARTMENT OF CORRECTIONS HAS NEITHER CENSORED OR INSPECTED ITEM THEREFORE, THE DEPARTMENT DOES NOT ASSUME ANY RESPONSIBILITY FOR ITS CONTENTS

FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 24219 $002.72
02 7W
0008027035 SEP 30 2025

Received Mailroom
SEP 30 2025
Wallens Ridge State Prison

LEGAL MAIL